FILED
At Albuquerque NM

JAN 2 6 2016

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 16-289mcA |
| vs. | ) | Count 1: 18 U.S.C. §§ 1153 and 113(a)(3): Assault with a Dangerous Weapon; |
| **TYSON SICILY ATOLE**, | ) | |
| Defendant. | ) | Count 2: 18 U.S.C. §§ 1153 and 113(a)(6): Assault Resulting in Serious Bodily Injury. |

INDICTMENT

The Grand Jury charges:

Count 1

On or about May 2, 2015, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **TYSON SICILY ATOLE**, an Indian, assaulted Jane Doe, with a dangerous weapon, specifically, a bottle, with intent to do bodily harm.

In violation of 18 U.S.C. §§ 1153 and 113(a)(3).

Count 2

On or about May 2, 2015, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **TYSON SICILY ATOLE**, an Indian, assaulted Jane Doe, and the assault resulted in serious bodily injury.

In violation of 18 U.S.C. §§ 1153 and 113(a)(6).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney
1/22/2016 11:16 AM