| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW MEXICO<br>ALBUQUERQUE | | | | | |
|---|---|---|---|---|---|
| Before the Honorable William P. Lynch | | | | | |
| United States Magistrate Judge | | | | | |
| Clerk's Minutes | | Arraignment/Detention | | | |
| Date: | 2/5/2016 | | Case Number: | 16-289 MCA | |
| Case Title: USA v. | Tyson Atole | | Liberty: | Gila @ | 9:32 am |
| Courtroom Clerk: | C. Lopez | | Total Time: | 10mins | |
| Probation/Pretrial: | Sandra Avila-Toledo | | Interpreter: | | |
| ATTORNEYS PRESENT: | | | | | |
| Plaintiff: | Joseph Spindle | | Defendant: | Ben Gonzales | |
| PROCEEDINGS: | | | | | |

| | |
|---|---|
| ☐ | First Appearance of Defendant |
| ☒ | Defendant received a copy of the Indictment |
| ☒ | Defendant questioned re: time to consult with attorney regarding the penalties |
| ☒ | Defendant waives reading of Indictment |
| ☒ | Defendant is ready to enter a plea |
| ☒ | Defendant enters a plea of NOT GUILTY to all counts |
| ☒ | Motions due by:2/25/2016 |
| ☒ | Discovery Order electronically filed |
| ☒ | Case assigned to: Chief Judge Armijo |
| ☒ | Trial set on trailing docket: TO BE NOTIFIED |
| ☒ | Defendant released to La Pasada Halfway House w/conditions |
| ☐ | Other: |